■ MARGARITE KERN et al., Appellants, v THE NEW YORK STATE RACING ASSOCIATION, INC., Respondent.

Ordered that the order, as amended, is affirmed, with costs, for reasons stated by Justice Wager in his memorandum decision dated January 20, 1987. Bracken, J. P., Brown, Weinstein and Rubin, JJ., concur.